**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Justin A. Alexander,**

    **Plaintiff,**

    **v.**

**Keith Alan Edwards, *et al.*,**

    **Defendants.**

**Case No. 2:25-cv-1168**

**Judge Michael H. Watson**

**Magistrate Judge Jolson**

## ORDER

The Magistrate Judge performed an initial screen of Plaintiff's Complaint in this prisoner civil rights case and issued a Report and Recommendation ("R&R"), which recommended that the Court dismiss the Complaint in its entirety for a plethora of reasons. R&R, ECF No. 13. The R&R notified Plaintiff of his right to object to the recommendations contained therein and of the consequences of failing to do so. *Id.* at 37. The deadline for objecting has passed, and Plaintiff did not object.

Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims challenging the validity of the criminal prosecutions pending against him and Plaintiff's state-law, attorney-malpractice claim. The Court **DISMISSES WITH PREJUDICE** the remaining claims. As such, Plaintiff's motion for default judgment, ECF No. 8, is **DENIED**, and Defendants' motions to dismiss, ECF Nos. 3, 4, are **GRANTED**. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3)

Case No. 2:25-cv-1168                                   Page 1 of 2

that an appeal of this Order would not be taken in good faith and that Plaintiff should not be permitted to appeal *in forma pauperis*.

The Clerk shall enter judgment in favor of Defendants and terminate this case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**